IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BILL PARTEN**                                                                                          **PLAINTIFF**

**VS.**                        **CASE NO. 3:10CV00066 HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

The plaintiff's motion for additional time in which to file his appeal brief (docket entry no. 10) is granted, and he is directed to submit his appeal brief on or before August 23, 2010.

IT IS SO ORDERED this __26__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE